In re: The Interest of Kristopher Lee HALE, By and Through His Next Friend, Christopher Lee Hale, and Christopher Lee Hale, Individually, Appellant,

v.

Jessica SAILOR, Respondent.

WD 77589

Missouri Court of Appeals, Western District.

Filed: February 17, 2015

Lindsey M. VanFleet, Kansas City, MO for respondent,

Dana M. Outlaw, Lee's Summit, MO for appellant.

Before Division One: Thomas H. Newton, Presiding Judge, Lisa White Hardwick and Anthony Rex Gabbert

### ORDER

Per Curiam

The Circuit Court of Clay County entered a custody judgment that awarded Christopher Hale and Jessica Sailor joint legal and physical custody of their minor child. Hale appeals, contending the court erred in adopting Sailor's proposed parenting plan and designating Sailor's address as the child's residence for mailing and educational purposes. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the circuit court's judgment.

AFFIRMED. Rule 84.16(b).

■

STATE of Missouri, Respondent,

v.

Allan Lamont PETTY, Appellant.

WD 77430

Missouri Court of Appeals, Western District.

ORDER FILED: February 24, 2015

Chris Koster, Attorney General, Adam Rowley, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent,

Amy M. Bartholow, Assistant Public Defender, Columbia, MO, Attorney for Appellant.

Before Division I: Cynthia L. Martin, Presiding Judge, and Thomas H. Newton and Mark D. Pfeiffer, Judges

### Order

Per Curiam:

Mr. Allan L. Petty appeals the judgment of the Circuit Court of Boone County, Missouri, finding him guilty, following a jury trial, of statutory rape in the first degree. Because a published opinion would have no precedential value, we have instead provided a separate memorandum of law to the parties explaining our ruling. The judgment is affirmed. Rule 30.25(b).